IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
04 NOV 12 PM 4:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| SAMUEL WALKER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 04-H-2432-S |
| | ) | |
| WARDEN MCDONALD and THE ATTORNEY GENERAL OF THE STATE OF ALABAMA, | ) ) ) | |
| | ) | |
| Respondents. | ) | |

## ORDER OF DISMISSAL

In accord with the Memorandum of Opinion entered contemporaneously herewith, it is hereby **ORDERED** that this petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.

Costs are taxed to petitioner.

**DONE**, this ___12th___ day of November, 2004.

_____
JAMES H. HANCOCK
SENIOR UNITED STATES DISTRICT JUDGE